THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH RICHARDS, Appellant, against ROBERT J. KIRBY, as Warden of Sing Sing Prison, Respondent.

Submitted November 15, 1943; decided November 19, 1943.

Motion for reargument denied. (See 291 N. Y. 75.)

NAMSTRAD, INCORPORATED, Appellant and Respondent, *v.* OLAVAR-RIA & Co., INC., Respondent and Appellant.

Submitted November 15, 1943; decided November 19, 1943.

*Winthrop H. Kellogg* for motion.
No one opposed.
Motion granted.